**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 153 WAL 2018

             Respondent                 :

                                  :   Petition for Allowance of Appeal from
                                  :   the Order of the Superior Court

           v.                     :

                                  :

LESLIE L. BROWN,                   :

             Petitioner                   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 1st day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.